# United States District Court
# District of Massachusetts

BARBATINE NORCEIDE,
NARCES NORCEIDE,
JACK WALSH,
COLES VOYARD,
JOHN BRYANT,
BARBARA BURNS,
NOELLE AKIN, ETC., ET AL.,
      Plaintiffs,

v.                              CIVIL ACTION NO. 10-11729-NMG

CAMBRIDGE HEALTH ALLIANCE,
    ETC.,
      Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANT CAMBRIDGE HEALTH ALLIANCE'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO COMPEL AGAINST CERTAIN NON-RESPONSIVE PLAINTIFFS (#81)

COLLINGS, U.S.M.J.

*[Handwritten note:]* After consideration of defendants' objections thereto (Docket No. 89), Report and Recommendation accepted and adopted, provided however that the claims of plaintiffs John Bryant and Noelle Akin are hereby DISMISSED. /s/ NMGorton, USDJ 7/17/13